THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK LOESER & CO., INC., Respondent, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

(Argued October 17, 1928; decided November 20, 1928.)

*George P. Nicholson*, Corporation Counsel (*William H. King* and *Harry S. Lucia* of counsel), for appellants.

*Edward M. Grout, Paul Grout* and *Charles B. LaVoe* for respondent.

Orders of the Appellate Division reversed and those of the Special Term affirmed, with costs in this court and in the Appellate Division, on the opinion in *People ex rel. Loeser & Co.* v. *Goldfogle* (249 N. Y. 284).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.